UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

JOHN CLAY, JR.,

        Plaintiff,                     Case No. 1:15-cv-880

v.                                       Honorable Paul L. Maloney

WILLIAM DEBOER et al.,

        Defendants.

_____/

## **JUDGMENT**

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e).


Dated:   September 21, 2015         /s/ Paul L. Maloney
                                                         Paul L. Maloney
                                                         United States District Judge